| | | |
|---|---|---|
| 20939 | State v. Vergara | Affirmed |
| 20247 | Yang v. Labor and Industrial Relations Bd. | Affirmed |

## February 25, 1998

| | | |
|---|---|---|
| 20722 | State v. Shields | Affirmed |
| 20177 | State v. Turk | Affirmed |

## March 6, 1998

| | | |
|---|---|---|
| 20171 | Doe, In Interest of | Affirmed |
| 20614 | State v. Enos | Affirmed |

## March 12, 1998

| | | |
|---|---|---|
| 19991 | State v. Alvarez | Affirmed |

## March 17, 1998

| | | |
|---|---|---|
| 20776 | Doe, In Interest of | Affirmed |
| 20676 | Feltman v. Department of Labor and Industrial Relations | Affirmed |
| 20510 | State v. Fox | Affirmed |